JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| R.D.L., by and through his Guardian Ad Litem, | Case No.: 2:19-08699 ADS |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT OF REMAND |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

1   In accordance with the Memorandum Opinion and Order, Dkt. No. 30, filed
2 concurrently herewith,
3   IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of
4 Social Security is reversed and the matter is remanded to the Commissioner for further
5 proceedings consistent with the Memorandum Opinion and Order of Remand.

7 DATE: March 26, 2021

                                                  /s/ Autumn D. Spaeth
9                                         THE HONORABLE AUTUMN D. SPAETH
                                        United States Magistrate Judge